IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE DAVIS, | : |
| Plaintiff, | : |
| v. | : 3:13-CV-01107 |
| | : (JUDGE MARIANI) |
| ANGELO JORDAN, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 28TH DAY OF JUNE 2013**, upon *de novo* review of Magistrate Judge Carlson's Report and Recommendation (Doc. 6), Plaintiff's Complaint (Doc. 1), and Plaintiff's Objections to the Report and Recommendation (Doc. 7), **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Objections (Doc. 7) are **OVERRULED**.

2. The Report and Recommendation (Doc. 6) is **ADOPTED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

4. On or before **JULY 12, 2013**, Plaintiff shall submit an Amended Complaint to correct the defects cited in the Report and Recommendation (Doc. 6).

5. The case shall be **REMANDED** to Magistrate Judge Carlson for further screening.

Robert D. Mariani
United States District Judge