THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE DAVIS, | : |
| Plaintiff, | : |
| v. | : 3:13-CV-1107 |
| | : (JUDGE MARIANI) |
| ANGELO JORDAN, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 6th DAY OF JANUARY, 2017, upon review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 14), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 14), is **ADOPTED**, for the reasons discussed therein. The Court also notes that because (1) this Court dismissed Plaintiff's Complaint, with leave to amend, (Doc. 8), (2) Plaintiff chose instead to rest on the Complaint and appeal this Court's decision to the Third Circuit, and (3) the Third Circuit affirmed this Court's dismissal, *see Davis v. Jordan*, 573 Fed. App'x 135 (3d Cir. 2014), this case has a final disposition and merely needs to be closed on the docket.

2. Plaintiff's Complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

                                                                  */s/*

Robert D. Mariani
United States District Judge